```
 1  TOMAS E. MARGAIN, Bar No. 193555
    LAW OFFICES OF TOMAS E. MARGAIN
    1550 Bryant Street, Suite 25
 2  San Francisco, CA 94103
    Telephone:  415-861-9600
 3  Fax:        415-861-9622
    margainlaw@hotmail.com
 4
    ADAM WANG, Bar No. 201233
 5  LAW OFFICES OF ADAM WANG
    12 South First Street, Suite 613
 6  San Jose, CA 95113
    Telephone:  408-292-1040
 7  Fax:        408-292-1045
    waqw@sbcglobal.net
 8
    Attorneys for Plaintiffs
```

FILED

2008 FEB 7 P 1:08

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| RYAN M. DUNLAP, SALVADOR NAVARRO, JEFF S. GOODRICH, PEDRO SENTIES, DAVID SENTIES, DANNY CURAYAG<br><br>Plaintiffs,<br><br>vs.<br><br>TUBULAR FLOW INC dba PREFERRED PLUMBING INC.; and JEFFREY JOEL RODRIGUEZ<br><br>Defendants | Case No.: C08-00849<br><br>DEMAND FOR JURY TRIAL |

Please take notice that Plaintiffs herein demand trial by jury in this action.

Dated: 2/7/08

Respectfully submitted,

By: _____
ADAM WANG
Attorneys for Plaintiffs

17

**COMPLAINT (FLSA; PENDANT STATE CLAIMS)**