PAUL V. SIMPSON, Bar No. 83878
psimpson@sgilaw.com
TIMOTHY P. O'DONNELL, Bar No. 185492
todonnell@sgilaw.com
SIMPSON, GARRITY & INNES
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, CA  94080
Telephone:  (650) 615-4860
Fax:  (650) 615-4861

Attorneys for Defendants Tubular Flow Inc. dba
Preferred Plumbing Inc. and Jeffrey Joel Rodriguez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RYAN M. DUNLAP, SALVADOR NAVARRO, JEFF S. GOODRICH, PEDRO SENTIES, DAVID SENTIES, DANNY CURAYAG,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>TUBULAR FLOW INC. dba PREFERRED PLUMBING INC.; and JEFFREY JOEL RODRIGUEZ,<br><br>　　　　　　Defendants. | Case No. C 08-00849 RS<br><br>**DEFENDANTS TUBULAR FLOW INC. dba PREFERRED PLUMBING INC. AND JEFFREY RODRIGUEZ'S ANSWER TO PLAINTIFFS' COMPLAINT** |

DEFENDANTS Tubular Flow dba Preferred Plumbing Inc. and Jeffrey Joel Rodriguez (hereinafter "Defendants") answer Plaintiffs' Complaint as follows:

## NATURE OF THE CLAIM

1. Answering Paragraph 1 of the Complaint, Defendants admit that Plaintiffs' complaint seeks compensatory damages for alleged unpaid wages, liquidated damages, waiting time penalties, other statutory penalties, attorney's fees, costs and pre-judgment interest. Except as expressly admitted herein, Defendants deny each and every remaining allegation contained in Paragraph 1 of the Complaint.

2. Answering Paragraph 2(a) of the Complaint, Defendants deny each and every allegation contained in Paragraph 2(a) of the Complaint.

3. Answering Paragraph 2(b) of the Complaint, Defendants deny each and every allegation contained in Paragraph 2(b) of the Complaint.

4. Answering Paragraph 2(c) of the Complaint, Defendants admit that Plaintiffs performed labor as plumbers on various Public Works construction projects which require the payment of Prevailing Wages. Except as expressly admitted herein, Defendants deny each and every remaining allegation contained in Paragraph 2(c) of the Complaint.

## SUBJECT MATTER JURISDICTION

5. Answering Paragraph 3 of the Complaint, Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 3, and on that basis, deny each and every allegation contained therein.

6. Answering Paragraph 4 of the Complaint, Defendants admit that jurisdiction of this Court is based upon the Fair Labor Standards Act, 29 U.S.C. §§201 et seq. ("FLSA"). Except as expressly admitted, Defendants deny each and every allegation contained in Paragraph 4.

## PARTIES

7. Answering Paragraph 5 of the Complaint, Defendants admit the allegations contained therein.

8. Answering Paragraph 6 of the Complaint, Defendants deny that Jeffrey Joel Rodriguez is engaged inn the business of plumbing construction.

9. Answering Paragraph 7 of the Complaint, Defendants deny that Jeffrey Joel Rodriguez was hired to perform plumbing in execution of various Public Works Projects.

10. Answering Paragraph 7 of the Complaint, Defendants deny each and every allegation contained in Paragraph 7.

11. Answering Paragraph 8 of the Complaint, Defendants deny each and every allegation contained in Paragraph 8.

12. Answering Paragraph 9 of the Complaint, Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 9, and on that basis, deny each and every allegation contained therein.

13. Answering Paragraph 10 of the Complaint, Defendants admit that Jeffrey Joel Rodriguez owned Tubular Flow, Inc. Except as admitted herein, Defendants deny each and every allegation contained in Paragraph 10.

14. Answering Paragraph 11 of the Complaint, Defendants deny each and every allegation contained in Paragraph 11.

15. Answering Paragraph 12 of the Complaint, Defendants admit that California Labor Code Section 1722.1 states what Plaintiffs allege it states. Except as expressly admitted, deny each and every allegation contained in Paragraph 12.

**GENERAL ALLEGATIONS**

16. Answering Paragraph 13 of the Complaint, Defendants deny each and every allegation contained in Paragraph 13.

17. Answering Paragraph 14 of the Complaint, Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 14, and on that basis, deny each and every allegation contained therein.

18. Answering Paragraph 15 of the Complaint, Defendants deny each and every allegation contained in Paragraph 15.

19. Answering Paragraph 16 of the Complaint, Defendants deny each and every allegation contained in Paragraph 16.

1  20. Answering Paragraph 17 of the Complaint, Defendants deny each and every allegation contained in Paragraph 17.

2  21. Answering Paragraph 18 of the Complaint, Defendants deny each and every allegation contained in Paragraph 18.

**COUNT ONE**
**FEDERAL CLAIM**
*Violation of the Fair Labor Standards Act*
*29 U.S.C. §§ 207, 216(b), and 255(a)*
*Failure to Pay Overtime Wages and Minimum Wages*

22. Answering Paragraph 19 of the Complaint, Defendants reallege and incorporate by reference their responses previously made in Paragraphs 1 through 21 above.

23. Answering Paragraph 20 of the Complaint, Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 20, and on that basis, deny each and every allegation contained therein.

24. Answering Paragraph 21 of the Complaint, Defendants deny each and every allegation contained in Paragraph 21.

25. Answering Paragraph 22 of the Complaint, Defendants deny each and every allegation contained in Paragraph 22.

26. Answering Paragraph 23 of the Complaint, Defendants deny each and every allegation contained in Paragraph 23.

27. Answering Paragraph 24 of the Complaint, Defendants deny each and every allegation contained in Paragraph 24.

28. Answering Paragraph 25 of the Complaint, Defendants deny each and every allegation contained in Paragraph 25.

29. Answering Paragraph 26 of the Complaint, Defendants deny each and every allegation contained in Paragraph 26.

30. Answering Paragraph 27 of the Complaint, Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 27, and on that basis, deny each and every allegation contained therein.

/ / /

**COUNT TWO**
**PENDENT STATE CLAIM**
*Violation of California Labor Code §§ 510, 1771-1810, 1194, 1194.2 & 1197*
*Failure to Properly Pay Minimum Wages and Overtime on Public Works and Private Construction Projects*

31. Answering Paragraph 28 of the Complaint, Defendants reallege and incorporate by reference their responses previously made in Paragraphs 1 through 30 above.

32. Answering Paragraph 29 of the Complaint, Defendants admit the allegations contained in paragraph 30.

33. Answering Paragraph 30 of the Complaint, Defendants deny each and every allegation contained in Paragraph 30.

34. Answering Paragraph 31 of the Complaint, Defendants deny each and every allegation contained in Paragraph 31.

35. Answering Paragraph 32 of the Complaint, Defendants deny each and every allegation contained in Paragraph 32.

36. Answering Paragraph 33 of the Complaint, Defendants deny each and every allegation contained in Paragraph 33.

37. Answering Paragraph 34 of the Complaint, Defendants deny each and every allegation contained in Paragraph 34.

38. Answering Paragraph 35 of the Complaint, Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 35, and on that basis, deny each and every allegation contained therein.

**COUNT THREE**
**PENDENT STATE CLAIM**
**BREACH OF CONTRACT – THIRD PARTY BENEFICIARY**

39. Answering Paragraph 36 of the Complaint, Defendants reallege and incorporate by reference their responses previously made in Paragraphs 1 through 36 above.

40. Answering Paragraph 37 of the Complaint, Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 37, and on that basis, deny each and every allegation contained therein.

41. Answering Paragraph 38 of the Complaint, Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 38, and on that basis, deny each and every allegation contained therein.

42. Answering Paragraph 39 of the Complaint, Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 39, and on that basis, deny each and every allegation contained therein.

43. Answering Paragraph 40 of the Complaint, Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 40, and on that basis, deny each and every allegation contained therein.

44. Answering Paragraph 41 of the Complaint, Defendants deny each and every allegation contained in Paragraph 41.

45. Answering Paragraph 42 of the Complaint, Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 42, and on that basis, deny each and every allegation contained therein.

46. Answering Paragraph 43 of the Complaint, Defendants deny each and every allegation contained in Paragraph 43.

47. Answering Paragraph 44 of the Complaint, Defendants deny each and every allegation contained in Paragraph 44.

48. Answering Paragraph 45 of the Complaint, Defendants deny each and every allegation contained in Paragraph 45.

49. Answering Paragraph 46 of the Complaint, Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 46, and on that basis, deny each and every allegation contained therein.

**COUNT FOUR**
**PENDENT STATE CLAIM**
*California Labor Code §226 & 1174*
*Wage Stubs and Record Keeping*

50. Answering Paragraph 47 of the Complaint, Defendants reallege and incorporate by reference their responses previously made in Paragraphs 1 through 47 above.

51. Answering Paragraph 48 of the Complaint, Defendants deny each and every allegation contained in Paragraph 48.

52. Answering Paragraph 49 of the Complaint, Defendants deny each and every allegation contained in Paragraph 49.

53. Answering Paragraph 50 of the Complaint, Defendants deny each and every allegation contained in Paragraph 50.

54. Answering Paragraph 51 of the Complaint, Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 51, and on that basis, deny each and every allegation contained therein.

## COUNT FIVE
## PENDENT STATE CLAIM
*California Labor Code Section 203*
*Waiting Time Penalties*

55. Answering Paragraph 52 of the Complaint, Defendants reallege and incorporate by reference their responses previously made in Paragraphs 1 through 52 above.

56. Answering Paragraph 53 of the Complaint, Defendants deny each and every allegation contained in Paragraph 53.

57. Answering Paragraph 54 of the Complaint, Defendants deny each and every allegation contained in Paragraph 54.

58. Answering Paragraph 55 of the Complaint, Defendants deny each and every allegation contained in Paragraph 55.

## COUNT SIX
## PENDENT STATE CLAIM
*Violation of California Business & Professions Code §17200*
*Restitution for Unfair Business Practices*

59. Answering Paragraph 56 of the Complaint, Defendants reallege and incorporate by reference their responses previously made in Paragraphs 1 through 56 above.

60. Answering Paragraph 57 of the Complaint, Defendants deny each and every allegation contained in Paragraph 57.

61. Answering Paragraph 58 of the Complaint, Defendants deny each and every

51. Answering Paragraph 48 of the Complaint, Defendants deny each and every allegation contained in Paragraph 48.

52. Answering Paragraph 49 of the Complaint, Defendants deny each and every allegation contained in Paragraph 49.

53. Answering Paragraph 50 of the Complaint, Defendants deny each and every allegation contained in Paragraph 50.

54. Answering Paragraph 51 of the Complaint, Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 51, and on that basis, deny each and every allegation contained therein.

## COUNT FIVE
## PENDENT STATE CLAIM
*California Labor Code Section 203*
*Waiting Time Penalties*

55. Answering Paragraph 52 of the Complaint, Defendants reallege and incorporate by reference their responses previously made in Paragraphs 1 through 52 above.

56. Answering Paragraph 53 of the Complaint, Defendants deny each and every allegation contained in Paragraph 53.

57. Answering Paragraph 54 of the Complaint, Defendants deny each and every allegation contained in Paragraph 54.

58. Answering Paragraph 55 of the Complaint, Defendants deny each and every allegation contained in Paragraph 55.

## COUNT SIX
## PENDENT STATE CLAIM
*Violation of California Business & Professions Code §17200*
*Restitution for Unfair Business Practices*

59. Answering Paragraph 56 of the Complaint, Defendants reallege and incorporate by reference their responses previously made in Paragraphs 1 through 56 above.

60. Answering Paragraph 57 of the Complaint, Defendants deny each and every allegation contained in Paragraph 57.

61. Answering Paragraph 58 of the Complaint, Defendants deny each and every

allegation contained in Paragraph 58.

62. Answering Paragraph 59 of the Complaint, Defendants deny each and every allegation contained in Paragraph 59.

63. Answering Paragraph 60 of the Complaint, Defendants deny each and every allegation contained in Paragraph 60.

64. Answering Paragraph 61 of the Complaint, Defendants deny each and every allegation contained in Paragraph 61.

65. Answering Paragraph 62 of the Complaint, Defendants deny each and every allegation contained in Paragraph 62.

66. Answering Paragraph 63 of the Complaint, Defendants lack information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraph 63, and on that basis, deny each and every allegation contained therein.

**AFFIRMATIVE DEFENSES**

FIRST AFFIRMATIVE DEFENSE

AS A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE, to each and every cause of action, Defendants allege that the Complaint, and each purported claim alleged therein, fails to state a claim upon which relief can be granted.

SECOND AFFIRMATIVE DEFENSE

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, to each and every cause of action, Defendants allege that Plaintiffs' claims for relief are barred by the applicable statute(s) of limitations.

THIRD AFFIRMATIVE DEFENSE

AS A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE, to each and every cause of action, Defendants allege that Plaintiffs' claims for relief are barred by the doctrine of laches.

FOURTH AFFIRMATIVE DEFENSE

AS A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE, to each and every cause of action, Defendants allege that Plaintiffs are barred from any and all recovery by virtue of their conduct constituting a waiver of each and every alleged claim for relief.

### FIFTH AFFIRMATIVE DEFENSE

AS A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE, to each and every cause of action, Defendants allege that Plaintiffs are estopped by their own actions and conduct from seeking recovery on his claims for relief.

### SIXTH AFFIRMATIVE DEFENSE

AS A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE, to each and every cause of action, Defendants allege that Plaintiffs' claims are barred by their unclean hands.

### SEVENTH AFFIRMATIVE DEFENSE

AS A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE, to each and every cause of action, Defendants allege Plaintiffs' claims are barred because Plaintiffs approved, consented to, authorized and/or ratified the alleged conduct of Defendants complained of in the Complaint.

### EIGHTH AFFIRMATIVE DEFENSE

AS A EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE, to each and every cause of action, Defendants allege that it and they duly performed, satisfied and discharged all duties and obligations it/they may have had to Plaintiffs, if any, and that the allegations in the Complaint are therefore barred in whole or in part by the provisions of California Civil Code Sections 1473 through 1477.

### NINTH AFFIRMATIVE DEFENSE

AS A NINTH, SEPARATE AND AFFIRMATIVE DEFENSE, to each and every cause of action, Defendants allege that Plaintiffs have been paid all wages due and owing to them.

### TENTH AFFIRMATIVE DEFENSE

AS A TENTH, SEPARATE AND AFFIRMATIVE DEFENSE, to each and every cause of action, Defendants allege that any failure, if any, to pay all wages due to Plaintiffs was made in good faith and based upon reasonable grounds.

### ELEVENTH AFFIRMATIVE DEFENSE

AS A ELEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE, to each and every cause of action, Defendants allege that any failure by Defendants to pay wages allegedly due to

Plaintiffs was based on a good faith dispute as to whether those wages were due.

## TWELFTH AFFIRMATIVE DEFENSE

AS A TWELFTH, SEPARATE AND AFFIRMATIVE DEFENSE, to each and every cause of action, Defendants allege that Plaintiffs have failed to mitigate their damages, if any, by failing to take such actions as are reasonably necessary to minimize any loss that may have been, or in the future may be, sustained.

## THIRTEENTH AFFIRMATIVE DEFENSE

AS A THIRTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE, to each and every cause of action, Defendants allege that Plaintiffs are not entitled to any penalty award under California Labor Code, since, at all relevant times, Defendants did not willfully fail to comply with the compensation provisions of the California Labor Code, but rather acted in good faith and had reasonable grounds for believing that they had not violated those provisions.

## FOURTEENTH AFFIRMATIVE DEFENSE

AS A FOURTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE, to the sixth count for violation of the UCL, Defendants allege that Plaintiffs may not recover damages for any alleged violation of the UCL.

## FIFTEENTH AFFIRMATIVE DEFENSE

AS A FIFTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE, to the sixth count for violation of the UCL, Defendants allege that Plaintiffs are not entitled to restitution.

## SIXTEENTH AFFIRMATIVE DEFENSE

AS A SIXTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE, to each and every cause of action, Defendants allege that Plaintiffs' claims, and the claims of the persons that they purport to represent, are barred to the extent that they have failed to exhaust their administrative remedies under the California Labor Code and its applicable regulations.

## SEVENTEENTH AFFIRMATIVE DEFENSE

AS A SEVENTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE, to each and every cause of action, Defendants allege that Plaintiffs' claims are barred in whole or in part because the alleged damages sought in the Complaint are too speculative and uncertain.

### EIGHTEENTH AFFIRMATIVE DEFENSE

AS A EIGHTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE, to each and every cause of action, Defendants allege that Plaintiffs have failed to state a claim for an award of attorneys' fees or costs.

### NINETEENTH AFFIRMATIVE DEFENSE

AS A NINETEENTH, SEPARATE AND AFFIRMATIVE DEFENSE, to the third count for breach of contract, Defendants allege that they substantially performed all of their obligations under any alleged contract.

### TWENTIETH AFFIRMATIVE DEFENSE

AS A TWENTIETH, SEPARATE AND AFFIRMATIVE DEFENSE, to each and every cause of action, Defendants have insufficient knowledge or information on which to form a belief as to whether it may have additional, but as yet unstated, affirmative defenses available to it. Defendants, therefore, reserve the right to assert additional affirmative defenses in the event discovery indicates such defenses are available.

WHEREFORE, Defendants pray for judgment as follows:

1. That Plaintiffs take nothing by reason of its Complaint, that the Complaint be dismissed in its entirety with prejudice, and that judgment be entered for Defendants;

2. That Defendants be awarded their reasonable costs and attorneys' fees; and

3. That Defendants be awarded such other and further relief as the Court deems just and proper.

Date: April 16, 2008                              Respectfully submitted,

SIMPSON, GARRITY & INNES
Professional Corporation

By: /s/   Paul V. Simpson
      PAUL V. SIMPSON
      TIMOTHY P. O'DONNELL
Attorneys for Defendants Tubular Flow Inc. dba Preferred Plumbing Inc. and Jeffrey Joel Rodriguez