PAUL V. SIMPSON, Bar No. 83878
psimpson@sgilaw.com
TIMOTHY P. O'DONNELL, Bar No. 185492
todonnell@sgilaw.com
SIMPSON, GARRITY & INNES
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, CA  94080
Telephone:  (650) 615-4860
Fax:  (650) 615-4861

Attorneys for Defendants Tubular Flow Inc. dba
Preferred Plumbing Inc. and Jeffrey Joel Rodriguez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RYAN M. DUNLAP, SALVADOR NAVARRO, JEFF S. GOODRICH, PEDRO SENTIES, DAVID SENTIES, DANNY CURAYAG,<br><br>Plaintiffs,<br><br>v.<br><br>TUBULAR FLOW INC. dba PREFERRED PLUMBING INC.; and JEFFREY JOEL RODRIGUEZ,<br><br>Defendants. | Case No. C 08-00849 RS<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[United States District Court – Northern District of California Local Rule 3-16] |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Regina Rodriguez – 50 percent shareholder of Tubular Flow Inc.

Date: April 17, 2008

Respectfully submitted,

SIMPSON, GARRITY & INNES
Professional Corporation

By: /s/ Paul V. Simpson
　　PAUL V. SIMPSON
　　TIMOTHY P. O'DONNELL
Attorneys for Defendants Tubular Flow Inc. dba
Preferred Plumbing Inc. and Jeffrey Joel Rodriguez