PAUL V. SIMPSON, Bar No. 83878
psimpson@sgilaw.com
TIMOTHY P. O'DONNELL, Bar No. 185492
todonnell@sgilaw.com
SIMPSON, GARRITY & INNES
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, CA  94080
Telephone:  (650) 615-4860
Fax:  (650) 615-4861

Attorneys for Defendants Tubular Flow Inc. dba
Preferred Plumbing Inc. and Jeffrey Joel Rodriguez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RYAN M. DUNLAP, SALVADOR NAVARRO, JEFF S. GOODRICH, PEDRO SENTIES, DAVID SENTIES, DANNY CURAYAG,<br><br>Plaintiffs,<br><br>v.<br><br>TUBULAR FLOW INC. dba PREFERRED PLUMBING INC.; and JEFFREY JOEL RODRIGUEZ,<br><br>Defendants. | Case No. C 08-00849 RS<br><br>**CERTIFICATE OF SERVICE** |

I, Diana L. Prisk certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is 601 Gateway Boulevard, Suite 950, South San Francisco, California, 94080, which is located in the City, County and State where the mailing described below took place.

On April 17, 2008, I placed in (a) sealed envelope(s) with postage thereon fully prepaid, addressed to each of the below listed parties and such envelope(s) was (were) placed for collection and deposit with the United States Postal Service on the date listed below at South San Francisco, California, a copy of the following documents:

- **DEFENDANTS TUBULAR FLOW INC. dba PREFERRED PLUMBING INC. and JEFFREY RODRIGUEZ'S ANSWER TO PLAINTIFFS' COMPLAINT;**
- **DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on:

Attorneys for Plaintiffs

Tomas E. Margain, Esq.
Law Office of Tomas E. Margain
1550 Bryant Street, Suite 725
San Francisco, CA 94103
margainlaw@hotmail.com

Adam Wang, Esq.
Law Offices of Adam Wang
12 South First Street, Suite 613
San Jose, CA 95113
wagw@sbcglobal.net

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2008.

             /s/ Diana L. Prisk
             Diana L. Prisk