1  PAUL V. SIMPSON, Bar No. 83878
   psimpson@sgilaw.com
2  TIMOTHY P. O'DONNELL, Bar No. 185492
   todonnell@sgilaw.com
3  SIMPSON, GARRITY & INNES
   Professional Corporation
4  601 Gateway Boulevard, Suite 950
   South San Francisco, CA  94080
5  Telephone:  (650) 615-4860
   Fax:  (650) 615-4861
6
   Attorneys for Defendants Tubular Flow Inc. dba
7  Preferred Plumbing Inc. and Jeffrey Joel Rodriguez

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11
   RYAN M. DUNLAP, SALVADOR NAVARRO,    ) Case No. C 08-00849 RS
12 JEFF S. GOODRICH, PEDRO SENTIES, DAVID )
   SENTIES, DANNY CURAYAG,              ) **DEFENDANTS' CERTIFICATION OF**
13                                       ) **INTERESTED ENTITIES OR**
                Plaintiffs,             ) **PERSONS**
14                                       )
                   v.                    ) [United States District Court – Northern
15                                       ) District of California Local Rule 3-16]
   TUBULAR FLOW INC. dba PREFERRED      )
16 PLUMBING INC.; and JEFFREY JOEL      )
   RODRIGUEZ,                           )
17                                       )
                Defendants.             )
18                                       )
                                         )
19 _____     )

20

21

22

23

24

25

26

27

28

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

2  associations of persons, firms, partnerships, corporations (including parent corporations) or other

3  entities (i) have a financial interest in the subject matter in controversy or in a party to the

4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

5  substantially affected by the outcome of this proceeding:

6        Regina Rodriguez – 50 percent shareholder of Tubular Flow Inc.

7

8  Date:  April 17, 2008                             Respectfully submitted,

9                                                    SIMPSON, GARRITY & INNES
                                                     Professional Corporation

10                                                   By: /s/ Paul V. Simpson
                                                          PAUL V. SIMPSON
11                                                        TIMOTHY P. O'DONNELL
                                                     Attorneys for Defendants Tubular Flow Inc. dba
12                                                   Preferred Plumbing Inc. and Jeffrey Joel Rodriguez

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28