1    ADAM WANG, Bar No. 201233
      LAW OFFICS OF ADAM WANG
2    12 South First Street, Suite 613
      San Jose, CA 95113
3    Tel: (408) 421-3403
      Fax: (408) 416-0284
4    waqw@sbcglobal.net

5    TOMAS E. MARGAIN, Bar No. 193555
      LAW OFFICES OF TOMAS E. MARGAIN
6    1550 Bryant Street, Suite 725
      San Francisco, CA 94103
7    Telephone: 415-861-9600
      Fax: 415-861-9622
8    margainlaw@hotmail.com

9    Attorneys for Plaintiffs

10   PAUL V. SIMPSON, Bar No. 83878
      psimpson@sgilaw.com
11   TIMOTHY P. O'DONNELL, Bar No. 185492
      todonnell@sgilaw.com
12   SIMPSON, GARRITY & INNES
      Professional Corporation
13   601 Gateway Boulevard, Suite 950
      South San Francisco, CA 94080
14   Telephone: (650) 615-4860
      Fax: (650) 615-4861
15

16   Attorneys for Defendants Tubular Flow Inc. dba
      Preferred Plumbing Inc. and Jeffrey Joel Rodriguez
17

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| RYAN M. DUNLAP, SALVADOR NAVARRO, JEFF S. GOODRICH, PEDRO SENTIES, DAVID SENTIES, DANNY CURAYAG,<br><br>Plaintiffs,<br>v.<br>TUBULAR FLOW INC. dba PREFERRED PLUMBING INC.; and JEFFREY JOEL RODRIGUEZ,<br><br>Defendants. | Case No.: C 08-00849 RS<br><br>STIPULATION TO REFER MATTER FOR EARLY SETTLMEMENT CONFERENCE |

Plaintiffs, RYAN M. DUNLAP, SALVADOR NAVARRO, JEFF S. GOODRICH, PEDRO SENTIES, DAVID, SENTIES, DANNY CURAYAG, and Defendants, TUBULAR FLOW INC. dba PREFERRED PLUMBING INC.; and JEFFREY JOEL RODRIGUEZ, through their respective counsel, hereby stipulate as follows:

1. The parties that have made appearances in this action have held a Rule 26 conference and have filed a Rule 26(f) joint report.

2. During the Rule 26 Conference, counsel for the parties expressed the need and desire to hold an Early Settlement Conference before a Magistrate Judge and obtained consent from their respective clients to do so. Based on an agreement between the parties' attorneys, Defendants produced 2064 documents consisting of time, pay and Certified Pay records for the five Plaintiffs. Plaintiffs will use these documents to asses the exposure in the case to be prepared to settle the matter.

3. Defendants deny liability regarding Plaintiffs' claims but are of the position that they have limited funds. Thus as early settlement will be useful to attempt to resolve this matter while avoiding further litigation costs.

4. Plaintiffs believe liability exists, that this is an accounting case, and that early settlement efforts are necessary as this is an attorneys' fee shifting case and attempts should be made to resolve the matter at the earliest opportunity.

5. Based on the above, the parties hereby stipulate and request that this matter be referred to an Early Settlement Conference before a Magistrate Judge. This is sought because of the complexity of the issues, as it involves several Prevailing Wage Projects, claims of "off the clock" work, and potential issues regarding Defendants' solvency.

{Client Files\31391\1\00090159.DOC}

2    Case No. C 08-00849 RS

**STIPULATION TO REFER TO EARLY SETTLEMENT CONFERENCE**
Dunlap, et al v. Tubular Flow, Inc., et al.

6. Further, the parties request that the Initial CMC, currently scheduled for May 28, 2008, be continued to a time two to three weeks after the Early Settlement Conference with the Magistrate Judge takes place. Upon assignment and the selection of the Early Settlement Conference date, counsel for the parties anticipate contacting the Clerk of this Department to calendar the continued date for the Initial CMC.

| | |
|---|---|
| Dated:  May 21, 2008 | By:  /s/ ADAM WANG           .<br>Attorney for Plaintiffs |
| Dated:  May 21, 2008 | By:  /s/ TOMAS MARGAIN      .<br>Attorney for Plaintiffs |
| Dated:  May 21, 2008 | By:  /s/ PAUL V. SIMPSON<br>Attorney for Defendants |

{Client Files\31391\1\00090159.DOC}

3    Case No.  C 08-00849 RS

**STIPULATION TO REFER TO EARLY SETTLEMENT CONFERENCE**
**Dunlap, et al v. Tubular Flow, Inc., et al.**

1                                        [PROPOSED] ORDER

2         GOOD CAUSE APPEARING, pursuant to parties' stipulation, IT IS HEREBY

3 ORDERED that this matter be referred to an Early Settlement Conference before the Honorable

4 _____. Parties shall contact the Clerk of the assigned Magistrate Judge to determine

5 dates for the Early Settlement Conference and shall select a mutually convenient date.  After

6 selecting the date for the Early Settlement Conference, Counsel shall contact this Department to

7 calendar a new Initial Case Management Conference, and the Initial Case Management

8 Conference currently scheduled for May 28, 2008, shall be continued to this new date.

9         IT IS SO ORDERED.

10 Dated:  May \_\_, 2008                    By:  _____
                                                             Honorable  Richard Seeborg

11                                                             United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25