**CERTIFICATE OF SERVICE**

I, Diana L. Prisk certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is 601 Gateway Boulevard, Suite 950, South San Francisco, California, 94080, which is located in the City, County and State where the mailing described below took place.

On May 21, 2008, I placed in (a) sealed envelope(s) with postage thereon fully prepaid, addressed to each of the below listed parties and such envelope(s) was (were) placed for collection and deposit with the United States Postal Service on the date listed below at South San Francisco, California, a copy of the following documents:

**STIPULATION TO REFER MATTER FOR EARLY SETTLEMENT CONFERENCE**

on:

Attorneys for Plaintiffs

Tomas E. Margain, Esq.
Law Office of Tomas E. Margain
1550 Bryant Street, Suite 725
San Francisco, CA 94103
margainlaw@hotmail.com

Adam Wang, Esq.
Law Offices of Adam Wang
12 South First Street, Suite 613
San Jose, CA 95113
wagw@sbcglobal.net

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 21, 2008.

                                         /s/ Diana L. Prisk
                                           Diana L. Prisk