UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CIVIL MINUTE ORDER

HOWARD R. LLOYD    UNITED STATES MAGISTRATE JUDGE    CT. #2

DATE: July 7, 2008                CASE No.  C08-00849RS

CASE TITLE:  Dunlap, et. al. v. Tubular Flow, Inc., et. al.

Courtroom Deputy: P. Cromwell           ERO:

APPEARANCES

For Plaintiff(s):                        For Defendant(s):

Tomas Margain, Adam Wang and Jacob Sider    Paul Simpson and Ann Sweeney

Also present: Jeff Goodrich, Ryan Dunlap, Danny    Also present: Jeff Rodriguez and Regina
Courayan, Pedro Centies, and David Centies         Rodriguez

☐ Settlement Conference Held. Case settled.

☒ Settlement Conference Held. Case did not settle yet. Further telephonic settlement conference set for July 17, 2008 at 2:00 p.m.

☐ Settlement Conference Held (telephonic). Further Settlement Conference to be scheduled:

Comments:

cc:
Chambers

Judge:                                   Hours: