UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CIVIL MINUTE ORDER

HOWARD R. LLOYD    UNITED STATES MAGISTRATE JUDGE                CT. #2

DATE:  July 17, 2008                            CASE No.    C08-00849RS

CASE TITLE:   Ryan M. Dunlap, et. al. v. Tubular Flow, Inc., et. al.

Courtroom Deputy: P. Cromwell                   ERO:

APPEARANCES

For Plaintiff(s):                               For Defendant(s):

  Adam Wang and Jacob Sider                        Paul Simpson

☐    Settlement Conference Held.  Case settled.

☐    Settlement Conference Held.  Case did not settle.

☒    Settlement Conference Held (telephonic).  Further telephonic Settlement Conference scheduled for August 11, 2008 at 2:00 p.m.

Comments:

cc:
Chambers

Judge:                                                      Hours:   .5