UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CIVIL MINUTE ORDER

HOWARD R. LLOYD    UNITED STATES MAGISTRATE JUDGE                CT. #2

DATE: August 11, 2008                    CASE No.   C08-00849RS

CASE TITLE:  Ryan M. Dunlap, et. al. v. Tubular Flow, Inc., et. al.

Courtroom Deputy: P. Cromwell            ERO:

APPEARANCES

For Plaintiff(s):                                    For Defendant(s):

Adam Wang and Tomas Margain                          Paul Simpson  and Mr. St. James

☐   Settlement Conference Held.  Case settled.

☐   Settlement Conference Held.  Case did not settle.

☒   Settlement Conference Held (telephonic).  Further Settlement Conference is scheduled for September 19, 2008 at 10:00 a.m.

Comments:

cc:
Chambers

Judge:                                               Hours:       1.5