**\*E-FILED\***
**September 22, 2008**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RYAN M. DUNLAP, et al., | No. C 08-00849 RS |
| Plaintiffs, | |
| v. | **ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |
| TUBULAR FLOW, INC., et al. | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **December 3, 2008**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 10, 2008 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: September 22, 2008

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Adam Wang     waqw@sbcglobal.net

Paul Vincent Simpson     psimpson@sgilaw.com, Diana@sgilaw.com, jchan@sgilaw.com, TOdonnell@sgilaw.com

Timothy Patrick O'Donnell     todonnell@sgilaw.com

Tomas Eduardo Margain     margainlaw@hotmail.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: September 22, 2008

                            /s/ BAK
                            Chambers of Magistrate Judge Richard Seeborg