1   TOMAS E. MARGAIN, Bar No. 193555                    *E-FILED 11/3/08*
    LAW OFFICES OF TOMAS E. MARGAIN
2   1550 Bryant Street, Suite 725
    San Francisco, CA  94103
3   Telephone:    415-861-9600
    Fax:          415-861-9622
4   margainlaw@hotmail.com

5   ADAM WANG, Bar No. 201233
    LAW OFFICES OF ADAM WANG
6   12 South First Street, Suite 708
    San Jose, CA 95113
7   Tel:  (408) 292-1040
    Fax:  (408) 416-0248
8   waqw@sbcglobal.net

9   Attorneys for Plaintiffs

10  PAUL V. SIMPSON, Bar No. 83878
    psimpson@sgilaw.com
11  TIMOTHY P. O'DONNELL, Bar No. 185492
    todonnell@sgilaw.com
12  SIMPSON, GARRITY & INNES
    Professional Corporation
13  601 Gateway Boulevard, Suite 950
    South San Francisco, CA 94080
14  Telephone: (650) 615-4860
    Fax: (650) 615-4861
15

16  Attorneys for Defendants Tubular Flow Inc. dba
    Preferred Plumbing Inc. and Jeffrey Joel Rodriguez
17
                    UNITED STATES DISTRICT COURT
18
                FOR NORTHERN DISTRICT OF CALIFORNIA
19

20  RYAN M. DUNLAP, ET AL                | Case No.: C08-00849 RS
                Plaintiffs,               |
                                          | STIPULATION TO DISMISS WITH
21      vs.                               | PREJUDICE & ORDER THEREON
                                          |
22                                        |
                                          |
23  TUBULAR FLOW INC., ET AL              |
                Defendants                |
24  ────────────────────────────────────

25      Plaintiffs and Defendants, through their respective counsel, hereby stipulate as follows:


                                        1              **C08-00849 RS**
    ─────────────────────────────────────────────────────────────────
    STIPULATION TO DISMISS
    Dunlap, et al. v. Turbular Flow Inc., et al.

1.    Parties have reached a settlement with respect to all claims of all Plaintiffs against all Defendants in this case.

2.    As such, parties hereby stipulate to dismiss this action in its entirety with prejudice.

3.    The Parties stipulate that this Court should retain its jurisdiction over this case for the purpose of enforcing the settlement agreement.

RESPECTFULLY SUBMITTED,

Dated:  November 1, 2008                          By:      /s/ TOMAS E. MARGAIN

                                                          Tomas E. Marain
                                                          Attorney for Plaintiff

Dated:  November 1, 2008

                                                 By: ___/s/ PAUL SIMPSON
                                                          Paul Simpson
                                                          Attorney for Defendants

_____
[PROPOSED] ORDER

      Pursuant to party's stipulation, IT IS SO ORDERED.

Dated:  November __3__, 2008              _____

                                                 Richard Seeborg
                                                 United States Magistrate Judge

STIPULATION TO DISMISS
Dunlap, et al. v. Turbular Flow Inc., et al.